**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

UNITED STATES ex rel. VERITY INVESTIGATIONS, LLC,

Plaintiff,

v.

SYSTEMAIR MFG, INC.,

Defendant.

Case No. 25-2244-JWL-BGS

**ORDER**

The United States having elected to intervene in this matter pursuant to the False Claims Act, 31 U.S.C. § 3730(b) for purpose of settlement (ECF No. 19),

**IT IS ORDERED** that,

1. the Complaint (ECF No. 1), the Civil Cover Sheet (ECF No. 2), Designation of Place of Trial (ECF No. 3), Motion to Seal (ECF No. 4), Corporate Disclosure Statement (ECF No. 5), the Court's May 1, 2025, Order (ECF No. 7), the Notice of Election to Intervene for Purpose of Settlement and Exhibit 1 (ECF No. 19 and 19-1), and this Order be unsealed;

2. the United States *ex parte* motions and the resulting *ex parte* orders (ECF Nos. 7 through 17) remain sealed;

3. the seal be lifted as to all other matters occurring in this action after the date of the date of the Notice to Intervene for Purpose of Settlement (ECF No. 19).

**IT IS SO ORDERED**.

Dated October 7, 2026, at Wichita, Kansas.

/s/ Brooks Severson
Brooks G. Severson
United States Magistrate Judge